IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JARMAIL HUFFMAN,<br><br>Plaintiff,<br>vs.<br><br>GEO CORPORATION, GABRIEL GUITIERREZ and CHARLES GREGORY.<br><br>Defendants. | ) | Case No.: CIV-24-1268-R |

**ANSWER**

COME NOW the Defendants, Gabriel Guitierrez and Charles Gregory and for Answer to Plaintiff's Pro Se Prisoner Civil Rights Complaint (Doc. 1) alleges and states:

**CLAIM ONE—EXCESSIVE FORCE**

1. Defendants deny the allegations of Plaintiff's claims regarding paragraphs 1, 2, 4, 5, 9, 10, 11, 12, 13, 18, 19, 20, 21, 22, and 23 and demand strict proof thereof.

2. Defendants alleges that paragraphs 3, 6, 7 and 8 do not pertain to these Defendants and, as such, no further response is necessary. To the extent a response is necessary, the claims are denied.

3. Defendants are unable to admit or deny the allegations of paragraphs 14, 15, 16, 17 and 24.

4. Defendants admit the allegations of paragraphs 15 and 25.

5. Defendants deny Plaintiff's claims for damages.

**AFFIRMATIVE DEFENSES**

6. Plaintiff's Pro Se Prisoner Civil Rights Complaint (Doc. 1) fails to state a claim for relief against either of the Defendants.

7. Defendants allege that there was improper service of process.

8. Defendants allege that their use of force was reasonable and in compliance with ODOC regulations.

9. Defendants allege that they did not retaliate against Plaintiff for utilizing any of his constitutionally protected rights.

10. Defendants allege that they were not responsible for Plaintiff's medical care.

11. Defendants allege that Plaintiff was provided with medical care by trained medical providers appropriate for his condition.

12. Defendants allege that Plaintiff has failed to exhaust his administrative remedies.

13. Defendants allege that all actions taken by either of them regarding Plaintiff were in compliance with all applicable constitutional standards and ODOC regulations.

14. The case is in its earliest stages and Defendants reserve the right to amend their Answer as additional facts are discovered.

WHEREFORE, premises considered, the Defendants, Gabriel Guitierrez and Charles Gregory respectfully request that judgment be returned in their favor and that they go forth with costs and all other relief to which they are entitled.

Respectfully submitted:

Bruce V. Winston, OBA No. 9778
WALKER, FERGUSON, FERGUSON & DEROUEN

941 East Britton Road
Oklahoma City, OK 73114
Telephone: 405-843-8855
Facsimile: 405-843-8934
Email: brucewinston@hotmail.com
***Attorneys for Defendants,***
***Gabriel Guitierrez and Charles Gregory***

**CERTIFICATE OF MAILING**

I hereby certify that on this 12th day of December, 2025 a true and correct copy of the above and foregoing was mailed with proper postage affixed thereon to:

Jarmail Huffman, No. 497472
Red Rock Correctional Center
8607 S.E. Flower Mound Rd.
Lawton, OK 73501
***Pro Se Plaintiff***

Bruce V. Winston