IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED

APR 2 3 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

JARMAIL HUFFMAN,
        PLAINTIFF ,

V.

CHARLES GREGORY, et al.,
        DEFENDANTS ,

CASE NO.

CIV- 24- 1268- R

PAGE 1 OF 4

PLAINTIFF'S SECOND MOTION FOR LEAVE OF COURT
FOR AN EXTENSION OF TIME TO FILE A
SUPPLEMENT TO PLAINTIFF'S 03/30/26 FILED
RESPONSE TO THE DEFENDANT(S)' 12/12/25 FILED
AMENDED MOTION TO DISMISS OR, IN THE
ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

① . THE CURRENT DEADLINE DATE FOR THE
PLAINTIFF TO FILE A *SUPPLEMENT TO HIS
03/30/26 FILED RESPONSE TO THE DEFENDANT(S)'
12/12/25 FILED AMENDED MOTION TO DISMISS OR,
IN THE ALTERNATIVE, MOTION FOR SUMMARY
JUDGMENT, IS 05/01/26.

② . AT WHICH TODAY, THE PLAINTIFF HAS
[CONTEMPORANEOUSLY] FILED, A 25-PAGE
*SUPPLEMENT, TO PLAINTIFF'S 03/30/26
FILED RESPONSE.

③. HOWEVER, THE PLAINTIFF REQUESTS OF THIS *SECOND EXTENSION OF TIME REQUEST, TO FILE AN **ADDITIONAL [SECOND] SUPPLEMENT TO THE PLAINTIFF'S 03/30/26 FILED RESPONSE, TO BE EXTENDED FROM 05/01/26 TO 06/01/26 (AN ADDITIONAL 30 DAYS) FOR THE FOLLOWING REASON(S):

Ⓐ. VERY RECENTLY, THE PLAINTIFF HAD DISCOVERED [MULTIPLE] ADDITIONAL *FACT(S), *AUTHORITIES, AND *EXHIBIT(S), THAT THE PLAINTIFF DESIRES TO *SUPPLEMENT HIS 03/30/26 FILED RESPONSE *UPON; HOWEVER, THE PLAINTIFF'S CURRENT 25-PAGE *SUPPLEMENT, HAD ALREADY BEEN DRAFTED, AND THE PLAINTIFF BELIEVED IT TO BE WISE, TO GO AHEAD AND MAIL THAT 25-PAGE *SUPPLEMENT INTO THIS DISTRICT COURT AT THIS TIME, AND SEEK AN *ADDITIONAL [SECOND, AND MOST LIKELY FINAL] EXTENSION OF TIME TO *FURTHER *SUPPLEMENT THAT 03/30/26 FILED RESPONSE, AS THIS PRISON IS *OFTEN ON SECURITY LOCKDOWN (WHICH SLOWS/PREVENTS THE PLAINTIFF'S ABILITY TO *ACCESS THIS PRISON'S LAW LIBRARY RESOURCE(S) (RESEARCH COMPUTER, PAPER, ETC.) THAT THE PLAINTIFF NEEDS

2

TO *PRODUCE HIS *SECOND SUPPLEMENT, TO PLAINTIFF'S 03/30/26 FILED RESPONSE.

④. THE DEFENDANT(S) HAVE NOT OBJECTED TO THIS MOTION.

⑤. THIS MOTION DOESN'T AFFECT ANY OTHER SCHEDULING ORDERS.

PROPOSED ORDER

THE PLAINTIFF'S REQUEST TO BE GRANTED UNTIL 06/01/26, AT WHICH TO FILE A SECOND, SUPPLEMENT TO PLAINTIFF'S 03/30/26 FILED RESPONSE, IS:

GRANTED_____ DENIED_____ MODIFIED_____

JUDGE SIGNATURE: _____ DATE: / /

PURSUANT TO 28 U.S.C. § 1746, OF THE UNITED STATES CODE, I JARMAIL HUFFMAN DECLARE UNDER PENALTY OF PERJURY THAT ALL STATEMENTS WITHIN THIS MOTION ARE TRUE AND CORRECT. EXECUTED AT RED ROCK CORRECTIONAL CENTER (IN THE CITY OF, LAWTON, OKLAHOMA) ON 04/20/26.

NAME: JARMAIL HUFFMAN   DATE: 04/20/26

SIGNATURE: _____

THIS MOTION WAS PLACED IN PRISON STAFF'S

3

CUSTODY, FIRST CLASS POSTAGE PREPAID, TO BE MAILED OUT WITH THIS PRISON'S OUTGOING LEGAL MAIL ON 04/20/26.

NAME: JARMAIL HUFFMAN    DATE: 04/20/26

SIGNATURE: _Jarmell Huff_

4