JARMAIL HUFFMAN # 444472

RED ROCK CORRECTIONAL CENTER, UNIT 6 POD E CELL 218

8607 S.E. FLOWERMOUND ROAD

LAWTON, OK 73501



US POSTAGE (IM) PITNEY BOWES

FIRST-CLASS

ZIP 73501 $ 003.56⁰
02 7H
0006233016   APR 21 2026

RECEIVED

APR 23 2026

Clerk, U.S. District Court
WEST. DIST. OF OKLA.

OFFICE OF THE CLERK, WILLIAM J. HOLLOWAY JR.,

UNITED STATES DISTRICT COURTHOUSE, WESTERN

DISTRICT OF OKLAHOMA

200 N.W. 4TH STREET, ROOM 1210

OKLAHOMA CITY, OK 73102-3092

APR 20 2026

LEGAL MAIL

APR 20 2026

LEGAL MAIL