# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

JARMAIL HUFFMAN, )
)
    Plaintiff, )
)
v. )     Case No. CIV-24-1268-R
)
CHARLES GREGORY et al., )
)
    Defendants. )

## <u>ORDER</u>

Plaintiff moves to file a 25-page supplement to his response to Defendants' amended motion to dismiss. Doc. 48. The Court **GRANTS** the motion to file the supplement which the Clerk of Court has filed as Doc. 49.

Plaintiff also seeks an extension of time to file a second supplement to his response. Doc. 50. The Court **DENIES IN PART AND GRANTS IN PART** Plaintiff's request. **The Court grants Plaintiff until May 19, 2026, to file an additional supplement, no longer than 10 pages in length.** The Court will grant Plaintiff no further supplementation or extensions of time.

If Defendants wish to file a reply, they may do so by ten days after Plaintiff files his second and final supplement to the response.

**SO ORDERED** this 29th day of April, 2026.

_____

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE