**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JARMAIL HUFFMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-24-1268-R** |
| | ) | |
| **CHARLES GREGORY, et al.,** | ) | |
| | ) | |
| **Defendants.** | | |

**ORDER**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 54] issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). In her Report, Judge Mitchell recommends that Defendants' Amended Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. No. 33] be denied. Defendants filed a timely Objection [Doc. No. 55] and Plaintiff filed a Response [Doc. No. 56]. The Court must therefore conduct a de novo review of those portions of the Report to which a specific objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Defendants first objection asserts that Plaintiff has no actionable claim for retaliation because he suffered de minimis consequences that do not rise to the level of a constitutional violation. There are two problems with this argument. First, Defendants waived the argument by failing to include it in their motion. *See United States v. Garfinkle*, 261 F.3d 1030, 1031 (10th Cir. 2001) ("In this circuit, theories raised for the first time in objections to the magistrate judge's report are deemed waived."). Second, Defendants' characterization of the alleged retaliatory actions as de minimis fails to properly construe

the facts in Plaintiff's favor. As Judge Mitchell noted, there is a factual dispute as to the key elements of the retaliation claim that precludes dismissal at this stage.

Defendants next objection asserts that Plaintiff cannot establish deliberate indifference to a serious medical need based on a delay in medical care because there is no evidence showing that Plaintiff suffered substantial harm. But this objection suffers from the same infirmities as Defendants' first objection. The argument was not presented to Judge Mitchell and is therefore waived. Additionally, construed in Plaintiffs' favor, there is evidence from which a reasonable juror could conclude that Plaintiff suffered significant pain during the period in which Defendants allegedly delayed providing medical care.

In short, Defendants present no persuasive argument or authority that would cause this Court to reject Judge Mitchell's conclusions. Accordingly, upon de novo review, the Report and Recommendation is ADOPTED. For the reasons stated therein, Defendants' Amended Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. No. 33] is DENIED. This action remains referred in accordance with the initial case referral.

IT IS SO ORDERED this 25th day of August, 2026.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**